```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 01405
   KENNETH LARKIN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-3116

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/27/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  93.86% from remaining funds.

     The case was converted to chapter 7 after confirmation 01/09/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
ASSOCIATES EXCHANGE        NOTICE ONLY     NOT FILED           .00            .00
CREDIT PROTECTION ASSOCI   NOTICE ONLY     NOT FILED           .00            .00
HFC USA                    NOTICE ONLY     NOT FILED           .00            .00
B-LINE LLC                 UNSECURED          674.20           .00         378.94
HSBC/CARSONS               NOTICE ONLY     NOT FILED           .00            .00
IC SYSTEMS                 NOTICE ONLY     NOT FILED           .00            .00
MUTUAL HOSPITAL SVC INC    NOTICE ONLY     NOT FILED           .00            .00
MUTUAL HOSPITAL SVC INC    NOTICE ONLY     NOT FILED           .00            .00
NCO FIN/55                 NOTICE ONLY     NOT FILED           .00            .00
PROFESSIONAL ACCOUNT MGM   NOTICE ONLY     NOT FILED           .00            .00
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         2755.91           .00        1549.04
WASHINGTON MUTUAL          CURRENT MORTG        .00            .00            .00
WASHINGTON MUTUAL          MORTGAGE ARRE        .00            .00            .00
ASSOCIATED CREDITORS EXC   UNSECURED      NOT FILED           .00            .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        10233.52           .00        5752.07
HSBC NV                    UNSECURED      NOT FILED           .00            .00
ECAST                      UNSECURED          481.35           .00         270.56
IC SYSTEMS                 UNSECURED      NOT FILED           .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED      NOT FILED           .00            .00
ST JAMES HOSPITAL          UNSECURED         1482.50           .00         833.29
MUTUAL HOSPITAL SVC INC    UNSECURED      NOT FILED           .00            .00
NCO FIN/55                 UNSECURED      NOT FILED           .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          684.05           .00         384.51
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,064.00                     2,064.00
TOM VAUGHN                 TRUSTEE                                         859.75
DEBTOR REFUND              REFUND                                          530.76

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01405 KENNETH LARKIN
```

```
                            RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    12,622.92

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                              9,168.41
ADMINISTRATIVE                                         2,064.00
TRUSTEE COMPENSATION                                     859.75
DEBTOR REFUND                                            530.76
                          ---------------        ---------------
TOTALS                     12,622.92                  12,622.92
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/17/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 01405 KENNETH LARKIN